UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION

| | | |
|---|---|---|
| IN RE DEEPWATER HORIZON | ) | MASTER FILE |
| B3 LITIGATION | ) | NO. 21-cv-5000-JB-MU |
| | ) | |

**JOINT STIPULATION BETWEEN PLAINTIFFS AND NON-PARTY, BATTELLE MEMORIAL INSTITUTE ("BATTELLE") REGARDING BATTELLE DOCUMENTS**

**COMES NOW**, The Downs Law Group's B3 Plaintiffs and non-party, Battelle Memorial Institute ("Battelle"), who jointly stipulate that the documents Battelle has produced in the above-styled matter *In Re Deepwater Horizon B3 Litigation,* Case No.: 3:21-cv-5000 (S.D. Ala.), may be utilized in any litigation asserting claims against Defendants that arise out of the April 20, 2010 Deepwater Horizon explosion, fire and/or resulting spill, provided that the proposed recipients and parties to that other litigation agree to be bound by the B3 Southern District of Alabama Protective Order Governing Confidential Materials and Discovery of Electronically Stored Information [Rec. Doc. 1-1].

If any party seeks to file Battelle documents produced with a court in litigation arising out of the Deepwater Horizon incident, the parties will confer in good faith to assess whether any confidential designation on the documents may be amended. In the absence of an amended confidentiality designation, the party seeking to file the document will comply with applicable local rules in the district courts to file a third party's document under seal. Where the local rules necessitate, Battelle agrees to provide the relevant District Court with its basis for seeking sealing of a protected document when a document is filed under seal.

Dated: June 13, 2025                              Respectfully submitted,

*/s/ Alexander J. Blume*
Alexander J. Blume, Esq.
Florida Bar Number 1036944
C. David Durkee, Esq

        Florida Bar Number 998435
**THE DOWNS LAW GROUP, P.A.**
3250 Mary Street, Suite 307
Miami, Florida 33133
Telephone: (305) 444-8226
Facsimile: (305) 444-6773
ablume@downslawgroup.com
ddurkee@downslawgroup.com

*Attorneys for Plaintiff*

    AND

*/s/ Christopher W. Tackett*
Christopher W. Tackett
(OH Bar # 0087776)
**BAILEY CAVALIERI, LLC**
10 West Broad Street, Suite 2100
Columbus, Ohio 43215
Telephone: (614) 221-3155
Fax: (614) 221-0479
ctackett@baileycav.com

*Counsel for Interested Non-Party, Battelle Memorial Institute*
(Limited appearance pending solely for purposes of matters involving this stipulation)

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of June 2025, a true and correct copy of the foregoing instrument was filed with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the Court's electronic filing system.

        */s/ Alexander J. Blume*
        Alexander J. Blume, Esq.